UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ERNESTINE GABLE | CIVIL ACTION NO. 6:17-cv-01143 |
| VERSUS | JUDGE ROBERT G. JAMES |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED pursuant to the fourth sentence of 42 U.S.C. § 405(g),[1] the requested benefits are AWARDED; and the Commissioner is instructed to promptly compute and pay SSI benefits to the claimant for the time period from July 2012 forward.

Signed at Monroe, Louisiana, this 16th day of October, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).